Case 1:20-cv-05403-VSB Document 8 Filed 11/13/20 Page 1 of 2



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

November 13, 2020

By CM/ECF

Honorable Vernon S. Broderick
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 11/16/2020

Re: *Katiria Narvaez Martinez vs. Saul,* 20-cv-05403-VSB

Dear Judge Broderick:

This Office represents Andrew Saul, the Commissioner of Social Security (Commissioner) in the above-referenced action pursuant to 42 U.S.C. § 405(g), challenging a decision by the Commissioner to deny plaintiff's application for benefits. Pursuant to the Court's Order dated July 15, 2020 (CM/ECF No. 4), the Commissioner is to file a certified administrative record (CAR) within 90 days of service of the complaint, by November 17, 2020. The undersigned respectfully requests a 30-day extension of this deadline to December 17, 2020, to file the CAR.

This is the Commissioner's first request for an extension of the deadline to file this certified administrative record. The extension is necessary because teleworking and other temporary workplace changes due to the COVID-19 pandemic have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations (OAO) and materially affected its ability to prepare CARs, including obtaining transcriptions of hearing recordings from private contractors. Over the past few months, OAO has redesigned its business process to allow for a mostly virtual CAR preparation process, and has worked and continues to work to expand and improve this process. Although the current process has improved and CAR production has increased, challenges remain, including rising court case filings, as well as staffing and processing problems with transcript typing service contractors. OAO respectfully asks for continued patience as it strives to resolve these issues.

We have conferred with Plaintiff''s counsel regarding this application, and he advised that he consents to a 30-day extension of time.

Thank you for Your Honor's consideration.

          Respectfully submitted,

          AUDREY STRAUSS
          Acting United States Attorney

By: *Ariella Zoltan*
   Ariella Zoltan
   Special Assistant United States Attorney
   c/o Social Security Administration
   Office of General Counsel
   26 Federal Plaza, Room 3904
   New York, NY 10278
   Tel.: (212) 264-2217
   Fax: (212) 264-6372
   ariella.zoltan@ssa.gov

cc: Charles Binder, Esq.