# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KATIRIA NARVAEZ MARTINEZ,

                Plaintiff,              20 **CIVIL** 5403 (VSB) (OTW)

      -v-                            **JUDGMENT**

ANDREW SAUL,
Commissioner of Social Security,

                Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated March 1, 2021, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand the Appeals Counsel will remand the case to the Administrative Law Judge for further Administrative proceedings with directions to update the administrative record. Give further consideration to the claimant's RFC, and evaluate the medical evidence of record. The claimant will provide the opportunity for a hearing, and the ALJ will issue a new decision

**Dated:**  New York, New York
          March 1, 2021

                                          **RUBY J. KRAJICK**
                                          _____
                                              **Clerk of Court**
                    **BY:**
                                          _____
                                              **Deputy Clerk**